```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY,#214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6

 7  Attorney for Defendant
    SAMSON KARIUKI
 8

 9

10

11               IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13                                   )
                                     )
14  UNITED STATES OF AMERICA,        ) Mag. 08-116-EFB
                                     )
15              Plaintiff,           )
                                     ) STIPULATION AND ORDER TO VACATE
16      v.                           ) COURT TRIAL AND SET FOR A STATUS
                                     ) CONFERENCE
17  SAMSON KARIUKI,                  )
                                     ) Judge: Hon. Edmund F. Brennan
18              Defendant.           )
                                       DATE:  June 9, 2008
19  _____    TIME:  10:00 a.m.

20

21

22       The United States of America, through MATTHEW C. STEGMAN, Assistant

23  United States Attorney, together with defendant, SAMSON KARIUKI, by and

24  through his counsel BENJAMIN D. GALLOWAY, of the Federal Defenders

25  / / /

26  / / /

27  / / /

28  / / /
```

1  Office, hereby stipulate to vacate the court trial set for May 13, 2008
2  and set a status conference on June **9**, 2008 at 10:00 a.m.
3  This continuance is requested because defense counsel needs additional
4  time to investigate and obtain documents.

5  Dated: May 5, 2008                    Respectfully submitted,

6                                        DANIEL J. BRODERICK
                                         Federal Defender
7

8                                        /s/  Benjamin D. Galloway
                                         _____
9                                        BENJAMIN D. GALLOWAY
                                         Assistant Federal Defender
10                                       Attorneys for Defendant

11

12
   Dated: May 5, 2008                    McGREGOR W. SCOTT
13                                       United States Attorney

14                                       /s/ Matthew Stegman
                                         _____
15                                       MATTHEW STEGMAN
                                         Assistant U.S. Attorney
16

17                              **O R D E R**

18

19
   IT IS SO ORDERED.
20

21 Dated: May 8, 2008.          EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28