UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. _M6-08-0116-EFB_

_Samson K. Kariuki_

ORDER TO PAY

SOCIAL SECURITY #: _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_
DATE OF BIRTH: _04/23/1984_
DRIVER'S LICENSE #: _D4N11473_ _CA_
ADDRESS: _11260 Westminister Ave #25_
_Los Angeles_   _CA_   _90066_
CITY        STATE      ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: _06/19/2008_                                _[signature]_
                                                           DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

(X) Fine: $ _300.00_ and a penalty assessment of $ _10.00_ for a TOTAL AMOUNT OF: $ _310.00_ within _____ days/months; or payments of $ _50.00_ per month, commencing _9/1/08_ and due on the _1st_ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS** must be made by CHECK or MONEY ORDER, payable to: **Clerk, USDC** and mailed to (circle one):

~~USDC
CENTRAL VIOLATIONS BUREAU (SA)
POST OFFICE BOX 740026
ATLANTA, GA 30374-0026~~

~~CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721~~

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: _8/19/08_                             _[signature] EFB_
                                                   U.S. MAGISTRATE JUDGE

Clerk's Office